**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Chief Judge Lewis T. Babcock

Civil Action No.  07-cv-00776-LTB
Criminal Action No. 03-cr-00161-LTB-1

UNITED STATES OF AMERICA,

      v.

JAMES LYLE HERRON,

      Movant.

---

## ORDER

---

After preliminary consideration of Movant's motion to vacate, set aside or correct

the sentence imposed by this Court, it is now

ORDERED that the United States Attorney on or before ____May 23_____,

2007, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of

the Rules Governing Section 2255 Proceedings.

Dated:   April 23, 2007

                            BY THE COURT:

                            ___s/Lewis T. Babcock_____
                            LEWIS T. BABCOCK, Chief Judge
                            UNITED STATES DISTRICT COURT