**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No. 07-cv-00776-LTB-MJW
Criminal Action No. 03-cr-00161-1-LTB

UNITED STATES OF AMERICA,

        Plaintiff/Respondent,

v.

1.  JAMES LYLE HERRON,

        Defendant/Movant.

_____

**ORDER**
_____

Upon Defendant/Movant's Objection to Order of Reference to the United States Magistrate Judge (Doc 185 - filed July 16, 2007), it is

ORDERED that the Objection is DENIED.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:    July 23, 2007