# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Action No. 07-cv-00776-LTB-MJW
Criminal Action No. 03-cr-00161-1-LTB

UNITED STATES OF AMERICA,

       Plaintiff/Respondent,

v.

1. JAMES LYLE HERRON,

       Defendant/Movant.
___

## ORDER
___

      The Order of Reference to United States Magistrate Judge (Doc 183) is WITHDRAWN in its entirety.

                                  BY THE COURT:

                                  s/Lewis T. Babcock
                                  Lewis T. Babcock, Judge

DATED:   April 3, 2009