**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 07-cv-00776-LTB
Criminal Action No. 03-cr-00161-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JAMES LYLE HERRON,

    Defendant/Movant.

---

**ORDER DENYING CERTIFICATE OF APPEALABILITY**

---

Babcock, Senior Judge

    Movant has filed a notice of appeal from this court's final order denying his motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Movant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

    ORDERED that a certificate of appealability will not be issued.

    DATED at Denver, Colorado this  2nd  day of December, 2009.

                            BY THE COURT:


                              s/Lewis T. Babcock
                          SENIOR JUDGE, UNITED STATES DISTRICT
                          COURT FOR THE DISTRICT OF COLORADO