IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 03-cr-00161-LTB
Civil Action No. 13-cv-02237-LTB

UNITED STATES OF AMERICA,

v.

1. JAMES LYLE HERRON,

    Defendant.
_____

# JUDGMENT
_____

    Pursuant to and in accordance with the Order entered by the Honorable Lewis T. Babcock, Senior Judge, on August 19, 2013, the following Judgment is hereby entered:

    It is ORDERED that Defendant-Movant James Lyle Herron's "Motion Pursuant to 60(b)(3), 60(d)(3), 60(b)(4)" (Docket No. 236), treated by the Court as a Motion to Vacate under 28 U.S.C. § 2255 is DENIED and DISMISSED for lack of jurisdiction.   It is

    FURTHER ORDERED that this action will be docketed as a 28 U.S.C. § 2255 civil action.  It is

    FURTHER ORDERED that leave to proceed in forma pauperis on appeal is denied without prejudice to the filing of a motion seeking leave to proceed in forma pauperis on appeal in the United States Court of Appeals for the Tenth Circuit. It is

    FURTHER ORDERED that pursuant 28 U.S.C. § 2253(c)(2) and Rule 11 of the Rules Governing Section 2255 Proceedings for the United States District Courts, a certificate of appealability is denied.

Dated at Denver, Colorado this     22nd     day of August, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                    Edward P. Butler, Deputy Clerk